UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                  **Plaintiff,**          ) | |
|                v.                                         ) | Civ. No. 2:16-cv-00204-DBH |
| **SIXTEEN THOUSAND ONE**                ) <br> **HUNDRED DOLLARS ($16,100) IN**      ) <br> **UNITED STATES CURRENCY**            ) | |
|                        **Defendant-in-rem.**     ) | |

## DECREE OF FORFEITURE

On April 12, 2016, a Verified Complaint for Forfeiture against the defendant-in-rem $16,100 was filed by the plaintiff, United States of America (Docket Item # 1);

On about April 27, 2016, the Notice of Forfeiture, Verified Complaint for Forfeiture and the Warrant of Arrest-in Rem were mailed to Steven D. DiLibero, Esq., attorney for Beatrice Miller ("Claimant");

On May 17, 2016, Claimant filed an Answer to the Verified Complaint (Docket Item # 8);

On May 24, 2016, Claimant filed a claim to the defendant-in-rem (Docket Item # 9);

On about June 6, 2016, the Notice of Forfeiture, Verified Complaint for Forfeiture and the Warrant of Arrest-in Rem were mailed to Jason Viorla giving him 35 days to file a claim;

On about June 16, 2016, Viorla mailed an executed Acceptance of Service for the Notice of Forfeiture, Verified Complaint for Forfeiture and the Warrant of Arrest-in Rem (Docket Item # 10);

On June 23, 2016, the United States filed a Service by Publication Affidavit stating that

between the dates April 28, 2016 and May 27, 2016, the United States advertised the civil forfeiture of defendant-in-rem (Docket Item # 12);

On July 11, 2016, the United States and Steven D. DiLibero, Esq., attorney for Beatrice Miller, entered into a Settlement Stipulation (Docket Item # 13);

The deadline for Viorla to file a claim was July 12, 2016 and as of that date, no claim had been filed;

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, it appearing from the record no claims other than Claimants, contested or otherwise, have been filed against the defendant-in-rem;

The time for third parties to petition the court has now expired and no additional claim or petition has been filed;

**NOW THEREFORE**, on plaintiff, United States of America's Motion for Entry of a Decree of Forfeiture, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the U. S. Drug Enforcement Administration, or its delegate, is ordered to seize the defendant-in-rem and dispose of it according to law and this Decree of Forfeiture;

**IT IS FURTHER ORDERED** that Twelve Thousand One Hundred Dollars ($12,100.00) in United States Currency is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity; and

**IT IS FURTHER ORDERED** that Four Thousand Dollars ($4,000) shall be returned to Beatrice Miller, pursuant to the terms of the Settlement Stipulation.

**SO ORDERED,**

DATED: July 19, 2016              /s/ D. Brock Hornby
                                  D. Brock Hornby
                                  U. S. District Judge